**大成 DENTONS**

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

October 4, 2022

<u>VIA ECF</u>

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 10/04/2022

Re:   *Yan Luis v. Parachute Home, Inc.,* Case No. 1:22-cv-03710-PGG-RWL

Dear Judge Lehrburger:

We represent Defendant Parachute Home, Inc. ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45) days, from October 4, 2022 to November 18, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

Request granted in part.  All deadlines, including Defendant's time to answer, are extended by 45 days.  The Court looks forward to successful resolution by the parties and eventual voluntary dismissal within that 45-day period.

SO ORDERED:

10/04/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**Sirote** ▶ **Adepetun Caxton-Martins Agbor & Segun** ▶ **Davis Brown** ▶ **East African Law Chambers** ▶ **Eric Silwamba, Jalasi and Linyama** ▶ **Durham Jones & Pinegar** ▶ **LEAD Advogados** ▶ **Rattagan Macchiavello Arocena** ▶ **Jiménez de Aréchaga, Viana & Brause** ▶ **Lee International** ▶ **Kensington Swan** ▶ **Bingham Greenebaum** ▶ **Cohen & Grigsby** ▶ **Sayarh & Menjra** ▶ For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms