UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

PARACHUTE HOME, INC

Defendant.

Case No. 1:22-CV-03710

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, with each party to bear its own fees and costs.

Dated: December 13, 2022
New York, New York

/s/ Noor A. Saab
Noor A. Saab, Esq.
*Attorneys for Plaintiff*
The Law Office of Noor A. Saab, Esq.
380 North Broadway, Suite 300
Jericho, New York 11753
Tel: (718) 740-5060
Email: NoorASabb@Gmail.com

Dated: December 13, 2022
New York, New York

/s/Karla Del Pozo García
*Attorneys for Defendant*
Dentons US LLP
1221 Avenue of the Americas,
New York, NY 10020-1089
Tel: (212) 768-5328
Email: karla.delpozogarcia@dentons.com

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: December 16, 2022